# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 26, 2019

158141

KAITLIN HAHN,
            Plaintiff-Appellee,

v

GEICO INDEMNITY COMPANY,
            Defendant-Appellant,
and

AUTOMOBILE CLUB INSURANCE
ASSOCIATION,
            Defendant.

_____/

Bridget M. McCormack,
*Chief Justice*

David F. Viviano,
*Chief Justice Pro Tem*

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
*Justices*

SC: 158141
COA: 336583
Oakland CC: 2016-152229-NF

On order of the Court, the application for leave to appeal the June 12, 2018 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on the application. MCR 7.305(H)(1).

The appellant shall file a supplemental brief within 42 days of the date of this order addressing whether: (1) MCL 500.3012 permits the reformation of a non-Michigan insurance contract to comply with the requirements of the Michigan no-fault act, MCL 500.3101 *et seq*; and (2) *Farm Bureau Ins Co v Allstate Ins Co,* 233 Mich App 38 (1998), was correctly decided, and if not, whether it should be overruled.

In addition to the brief, the appellant shall electronically file an appendix conforming to MCR 7.312(D)(2). In the brief, citations to the record must provide the appendix page numbers as required by MCR 7.312(B)(1). Appellee Hahn shall file a supplemental brief within 21 days of being served with the appellant's brief. The appellee shall also electronically file an appendix, or in the alternative, stipulate to the use of the appendix filed by the appellant. A reply, if any, must be filed by the appellant within 14 days of being served with the appellee's brief. The parties should not submit mere restatements of their application papers.

The Insurance Alliance of Michigan and the Coalition Protecting Auto No-Fault are invited to file briefs amicus curiae. Other persons or groups interested in the determination of the issues presented in this case may move the Court for permission to file briefs amicus curiae.

CAVANAGH, J., not participating due to her prior relationship with Garan Lucow Miller, P.C.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 26, 2019



Clerk

t0723